1  Melissa B. Baloian, SBN 232602
   Attorney at Law
2  2950 Mariposa Street
   Fresno, CA, 93720
3  Telephone: (559) 352-2331
   MBaloian.law@gmail.com
4

5  Attorney for Defendant Jose Alfredo Montano Lopez,

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | No. 1:20-CR-00222-ADA-BAM
12 | Plaintiff, |
13 | v. | **MOTION TO WITHDRAW AND TERMINATE MELISSA BALOIAN AS ATTORNEY OF RECORD AND ORDER**
14 | JOSE ALFREDO MONTANO LOPEZ, |
15 | Defendant. |

19     On November 16, 2020, Defendant Jose Alfredo Montano Lopez made his initial

20 appearance on a criminal complaint and was represented by counsel Mr. Marshall Hodgkins.

21 (Dkt. 9.) Later, Mr. Montano Lopez retained The Matian Firm, and counsel George Rosenstock

22 filed a substitution of counsel. (Dkt. 62, 63.)  Counsel Michelle Silva, also previously with the

23 Matian Firm, filed a notice of attorney on October 27, 2021. (Dkt. 65.) Counsel Melissa Baloian

24 was formerly employed by The Matian Firm and on March 24, 2022, Ms. Baloian filed a notice

25 of attorney on behalf of The Matian Firm for Mr. Montano Lopez. (Dkt. 74.) Ms. Baloian left

26 The Matian Firm in February of 2023.  Mr. George Rosenstock, of The Matian Firm, remains the

27 attorney of record, and counsel Geronimo Gutierrez IV, also filed a notice of attorney on March

28

9, 2023.  (Dkt. 90.)  Melissa Baloian moves to withdraw as counsel and be terminated as attorney of record.

Dated:     October 4, 2023                    Respectfully submitted,


                                              /s/ Melissa Baloian
                                              Melissa Baloian


**ORDER**

   Having reviewed the notice and found that attorney Melissa Baloian is no longer retained by the defendant, the Court hereby grants attorney Melissa Baloian's request for leave to withdraw as defense counsel in this matter.  The Defendant is currently represented by George Rosenstock and Geronimo Gutierrez IV.


IT IS SO ORDERED.

   Dated:   October 5, 2023                    _____
                                               UNITED STATES DISTRICT JUDGE