PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                           Plaintiff,<br><br>          v.<br><br>JOSE ALFREDO MONTANO LOPEZ,<br><br>                           Defendant. | CASE NO. 1:20-CR-00222-ADA-BAM<br><br>STIPULATION TO VACATE TRIAL DATE AND SET CHANGE OF PLEA; ORDER<br><br>CURRENT DATE: October 12, 2023<br>TIME: 8:30 a.m.<br>COURT: Hon. Ana de Alba |

**STIPULATION**

1. By previous order, this matter was set for trial on October 12, 2023.

2. On October 11, 2023, the parties filed a signed plea agreement for defendant Jose Alfredo Montano Lopez.

3. This matter is set for a jury trial on November 14, 2023 and a trial confirmation on October 30, 2023.

4. The parties hereby request that the Court vacate the trial and the trial confirmation as to defendant Jose Alfredo Montano Lopez and set the matter for change of plea on December 11, 2023, and to exclude time between October 12, 2023, and December 11, 2023, under 18 U.S.C.§ 3161(h)(7)(A), B(iv).

5. The parties agree and stipulate, and request that the Court find the following:

    a)  The government asserts the discovery associated with this case includes reports,

1  photographs, and numerous recordings; discovery has been provided to all counsel.

2       b)     The parties have selected the earliest available court date on which defense
3  counsel is available in order to maintain continuity of counsel.  Additionally, defense counsel
4  desires additional time to finalize preparing the defendant for the change of plea hearing.

5       c)     Counsel for defendant believe that failure to grant the above-requested
6  continuance would deny him the reasonable time necessary for effective preparation, taking into
7  account the exercise of due diligence.

8       d)     The government does not object to the continuance.

9       e)     Based on the above-stated findings, the ends of justice served by continuing the
10 case as requested outweigh the interest of the public and the defendants in a trial within the
11 original date prescribed by the Speedy Trial Act.

12      f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
13 et seq., within which trial must commence, the time period of October 12, 2023 to December 11,
14 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), because it
15 results from a continuance granted by the Court at defendants' request on the basis of the Court's
16 finding that the ends of justice served by taking such action outweigh the best interest of the
17 public and the defendant in a speedy trial.

18 **[Remainder of page intentionally left blank.]**

STIPULATION TO VACATE TRIAL DATE AND SET CHANGE OF PLEA

2

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: October 12, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ KIMBERLY A. SANCHEZ
KIMBERLY A. SANCHEZ
Assistant United States Attorney

Dated:  October 12, 2023

/s/ GERONIMO GUTIERREZ
GERONIMO GUTIERREZ
Counsel for Defendant
JOSE ALFREDO MONTANO LOPEZ

IT IS SO ORDERED.

Dated:   October 18, 2023

_____
UNITED STATES DISTRICT JUDGE

STIPULATION TO VACATE TRIAL DATE AND SET CHANGE OF PLEA

3