PHILLIP A. TALBERT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE ALFREDO MONTANO LOPEZ<br><br>Defendant. | CASE NO. 1:20-CR-00222-NODJ-BAM<br><br>STIPULATION TO CONTINUE SENTENCING<br><br>DATE: March 27, 2023<br>TIME: 8:30 AM<br>COURT: Hon. Marilyn L. Huff |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on March 27, 2024.

2. The parties request additional time to review the Presentence Investigation Report, conduct investigation for sentencing purposes, and prepare their sentencing memoranda. The parties request the sentencing be continued to May 15, 2024.

IT IS SO STIPULATED.

///

///

///

///

1

Dated: March 21, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ KIMBERLY A. SANCHEZ
KIMBERLY A. SANCHEZ
Assistant United States Attorney

Dated: March 21, 2024

/s/ LUIS BUSTAMANTE
LUIS BUSTAMANTE
Counsel for Defendant
JOSE ALFREDO MONTANO
LOPEZ

## ORDER

IT IS SO ORDERED that the sentencing hearing is continued from March 27, 2024, to **May 15, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated:   **March 21, 2024**            /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE