IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOSE ALFREDO MONTANO LOPEZ, <br><br> Defendant. | Case No.: 1:20-CR-00222-NODJ-BAM <br><br> ORDER OF RELEASE |

The above-named defendant having been sentenced on May 15, 2024, to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith <u>on this matter only</u>.

The Judgment and Commitment order to follow.

**IT IS SO ORDERED.**

Date: 5/15/2024

Honorable Linda Lopez
District Court Judge